UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Marcathy Fequiere,**<br><br>                    **Plaintiff,**<br>     v.<br><br>**IC Systems, Inc.; and DOES 1-10, inclusive,**<br><br>                    **Defendants.** | **Civil Action No.: 3:10-CV-00599** |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

**Dated August 19, 2010**

                                                              Respectfully submitted,

                                                              PLAINTIFF, Marcathy Fequiere

                                                              **/s/ Sergei Lemberg**

                                                              Sergei Lemberg, Esq.
                                                              LEMBERG & ASSOCIATES L.L.C.
                                                              1100 Summer Street, 3rd Floor
                                                              Stamford, CT 06905
                                                              Telephone: (203) 653-2250
                                                              Facsimile: (877) 795-3666
                                                              slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg